UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGILITY PUBLIC WAREHOUSING )<br>COMPANY K.S.C., a/k/a )<br>AGILITY or THE PUBLIC )<br>WAREHOUSING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY AGENCY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:14-cv-0946-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's July 18, 2014 Minute Order and Paragraph 3.b.ii of the Court's Standing Order for Civil Cases, the parties, Plaintiff Agility Public Warehousing Company K.S.C. ("Agility") and Defendant the United States National Security Agency ("NSA"), by and through their undersigned counsel, have conferred and hereby submit this Joint Status Report proposing the following schedule for dispositive motions:

1. Defendant NSA will file its Motion for Summary Judgment by September 19, 2014.

2. Agility will file any Opposition to the NSA's Motion for Summary Judgment and any Cross-Motion for Summary Judgment by December 19, 2014.

3. The NSA will file any Reply in support of its Motion for Summary Judgment and Opposition to any Cross-Motion filed by Agility by January 30, 2015.

4. Agility will file any Reply in support of its Cross-Motion for Summary Judgment by March 2, 2015.

5. Both parties respectfully reserve the right to seek additional time to file their motions and responses if necessary.

6. Defendant NSA notes that, while it joins plaintiff in submitting this proposed schedule and does not oppose a three-month period for plaintiff to prepare its summary judgment opposition and cross-motion, if any, defendant anticipates it would oppose any attempt by plaintiff to take discovery during that period or otherwise. Defendant respectfully submits that this Freedom of Information Act case should be resolved on summary judgment based on the administrative record and sufficiency of the government's affidavit or affidavits.

7. Agility disagrees with defendant's contention that its summary judgment motion can necessarily be resolved solely on the basis of the administrative record and the sufficiency of the government's affidavit(s), and respectfully reserves the right to seek discovery.

Dated August 4, 2014                Respectfully submitted,

DAVID LELAND (D.C. Bar No. 484096)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 393-5760

   /s/ Matthew E. Sloan
RICHARD MARMARO (*pro hac vice*)
MATTHEW E. SLOAN (*pro hac vice*)
KRISTIN N. TAHLER (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000
Fax: (213) 687-5600

*Counsel for Plaintiff*

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

  /s/ Steven Y. Bressler (by permission)
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice, Civil Division
Ben Franklin Station, P.O. Box 833
Washington, D.C.  20044
(202) 305-0167
Steven.Bressler@usdoj.gov

*Counsel for Defendant*