# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGILITY PUBLIC WAREHOUSING COMPANY K.S.C., a/k/a AGILITY or THE PUBLIC WAREHOUSING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, <br><br> Defendant. | Case No. 1:14-cv-0946-BAH |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the National Security Agency ("NSA"), respectfully moves this Court to enter summary judgment in this action for defendant pursuant to Federal Rule of Civil Procedure 56 and for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Dated September 19, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Steven Y. Bressler*
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice, Civil Division
Ben Franklin Station, P.O. Box 833
Washington, D.C.  20044
(202) 305-0167
Steven.Bressler@usdoj.gov

*Counsel for Defendant*