**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AGILITY PUBLIC WAREHOUSING          )
      COMPANY K.S.C., a/k/a          )
      AGILITY or THE PUBLIC          )
      WAREHOUSING COMPANY,          )
                          )          Case No. 1:14-cv-0946-BAH
      Plaintiff,          )
                          )
      v.          )
                          )
NATIONAL SECURITY AGENCY,          )
                          )
      Defendant.          )
_____)

### [PROPOSED] ORDER

Upon consideration of the motion by defendant, the National Security Agency ("NSA"),

for summary judgment in this action, the memoranda in support and opposition, and the entire

record herein, it is hereby ORDERED that defendant's Motion is GRANTED.  The plaintiff's

Complaint is dismissed with prejudice.  The Clerk is directed to enter judgment for defendant on

a separate paper pursuant to Fed. R. Civ. P. 58.


Dated _____


                                              _____
                                              Hon. Beryl A. Howell
                                              United States District Judge